UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MEGAN AROON DUNCANSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:16-cv-00788-SEB-DML |
| WINE AND CANVAS IP HOLDINGS LLC, et al. | ) ) ) ) |
| Defendants. | ) |

## Entry and Order from Status Conference

The parties, by counsel, appeared for a status conference on October 29, 2018, with the magistrate judge. By November 12, 2018, plaintiff will notify the court whether she waives jury trial and will seek whatever relief she requests from the court regarding the method for adjudicating her remaining claims. By the same date, the defendants will serve a settlement proposal.

So ORDERED.

Date: 11/5/2018

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system