THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MEGAN AROON DUNCANSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 1:16-cv-00788-SEB-DML |
| WINE AND CANVAS IP HOLDINGS LLC; ) | |
| WINE AND CANVAS DEVELOPMENT, LLC; ) | |
| TAMARA McCRACKEN a/k/a TAMRA SCOTT; ) | |
| ANTHONY SCOTT; ) | |
| WNC OF COLUMBUS LLC; ) | |
| WNC OF CINCINNATI LLC; ) | |
| WNC OF SAN FRANCISCO LLC; ) | |
| WNC OF DAYTON LLC; ) | |
| WNC OF DETROIT LLC; ) | |
| WNC OF DES MOINES LLC; ) | |
| WNC OF FORT WAYNE LLC; ) | |
| WNC OF LAS VEGAS LLC; ) | |
| WNC OF NAPA SONOMA LLC; ) | |
| WNC OF ODESSA LLC; ) | |
| WNC OF PORTLAND LLC; ) | |
| WNC OF SOUTH BEND LLC, ) | |
| ) | |
| Defendants. ) | |

Acknowledged.

Defendants Wine and Canvas IP Holdings, LLC; Wine and Canvas Development, LLC; Tamara McCracken a/k/a Tamra Scott; and Anthony Scott are hereby dismissed with prejudice.

Date: 5/27/2020

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**JOINT STIPULATION OF DISMISSAL OF CLAIMS
AGAINST WINE AND CANVAS IP HOLDINGS LLC, WINE AND CANVAS
DEVELOPMENT LLC, TAMARA McCRACKEN, and ANTHONY SCOTT**

COME NOW Plaintiff, **MEGAN AROON DUNCANSON**, and Defendants, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(ii), and file this joint stipulation of dismissal, with prejudice, of Plaintiff's claims in the above-captioned action against Defendants WINE AND CANVAS IP HOLDINGS LLC; **WINE AND CANVAS DEVELOPMENT, LLC; TAMARA McCRACKEN** a/k/a **TAMRA SCOTT**; and **ANTHONY SCOTT** (herein, "Defendants"), and as to those Defendants only.